# IN THE SUPREME COURT OF THE STATE OF NEVADA

IRENE PSENICNIK,
Appellant,
vs.
BODYSPA GROUP, LLC, D/B/A
BODYSPA,
Respondent.

No. 84348

FILED

MAR 2 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on March 9, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Jessica K. Peterson, District Judge
      Hicks & Brasier, PLLC
      Lincoln, Gustafson & Cercos
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

101-1947

22-09398